PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00157-01** |
| ) | |
| **EDWARDO ANTONIO AVILA** ) | |
| ) | |

On December 11, 2006, the above-named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
United States Probation Officer**

Dated:      May 1, 2009
               Sacamento, California


**REVIEWED BY:**    /s/ Kyriacos M. Simonidis
                       **KYRIACOS M. SIMONIDIS
                       Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re: **Edwardo Antonio AVILA**
   **Docket Number:   2:04CR00157-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Edwardo Antonio Avila be discharged from supervised release, and that the proceedings in the case be terminated.

Date: May 5, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CJM:jz
Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office